USDC IN/ND case 1:17-cv-00376-TLS-SLC   document 6   filed 08/03/17   page 1 of 5

76D01-1708-CT-000349
Steuben Superior Court

Filed: 8/3/2017 3:54 PM
Clerk
Steuben County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE STEUBEN CIRCUIT COURT |
| | )§: | |
| COUNTY OF STEUBEN | ) | CAUSE NO.: |

FAWN HALL,                )
                          )
    Plaintiff,            )
                          )
vs.                       )
                          )
THERMA-TRU DOORS,         )
                          )
    Defendant.            )

## COMPLAINT AND JURY DEMAND

COMES NOW, Plaintiff, Fawn Hall, by counsel, Samuel L. Bolinger, and files her Complaint and Jury Demand, against Defendant, Therma-Tru Doors, and alleges as follows:

1. Plaintiff, Plaintiff, Fawn Hall, is an adult female resident of Howe, Steuben County, Indiana, and for all times therein was on employee of the Defendant.

2. The Defendant, Therma-Tru Doors is a corporation to do business in the State of Indiana and does so at 8055 N. State Road 9, Howe, Steuben County, Indiana 46746 and at all time herein was Plaintiff's employer.

3. The Plaintiff filed a charge of race, sex and age discrimination with the EEOC and ICRC on or about May 16, 2017, which a copy is attached and incorporated hereinafter and made a part herein, and marked as Exhibit A.

4. The EEOC issued a Notice of Right to Sue on June 14, 2017, which a copy is attached and incorporated hereinafter and made a part herein, and marked as Exhibit B.

5. Defendant is an employer, pursuant to Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act ("ADEA"), as amended in that

it employs more than 100 employees in each and proceeding calendar year and is engaged in interstate business.

6. Plaintiff further alleges that:

   a. Plaintiff worked for Defendant from may 2016 until her discharge in January, 2017 in the TT Repack Section.

   b. Plaintiff was placed on a 30 day probation for using a racial slur at work;

   c. Plaintiff commented that Jorge (co-worker) would be in the bathroom as much if he did not eat his mother's tamales;

   d. Management told Plaintiff they consulted their attorney who recommended Plaintiff's termination because Plaintiff was stereotyping others and was a liability.

   e. One of the employees that complained about Plaintiff, was Plaintiff's co-worker, Janeen (black);

   f. Plaintiff over heard Janeen make a sexually offensive remark to two (2) men and reported it;

   g. Janeen was only suspended a few days, but I was fired for my offensive comments;

   h. Defendant, also, awarded a TT Component Repack position to a younger, white female after Plaintiff trained on it for five (5) hours;

   i. Plaintiff was told she did not pass the test, but Krissy never had to take a test to get the position.

7. Plaintiff alleges that she has been denied a position and terminated due to her age 53 (dob

-2-

1963) race, white and sex female, in violation of ADEA and Title VII as amended.

8. Plaintiff further alleges the above described conduct violated her federal protected civil rights and as a proximate cause of said conduct, Plaintiff lost her job, suffered lost wages and benefits.

9. Additionally, Plaintiff has suffered emotional stress, mental anxiety, embarrassment, humiliation and other damages and injuries yet to be determined.

WHEREFORE, Plaintiff moves the court for compensatory damages, punitive damages, reasonable attorney's fees and for all other just and proper relief.

## JURY DEMAND

Plaintiff moves the court, pursuant to the Indiana Trial Rules, to have a trial by jury.

Respectfully submitted,

/s/ Samuel L. Bolinger
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:   260.407.0040
Fax:   260.407.0039
Email: mark@slbolingerlaw.com
Counsel for Defendant

USDC IN/ND case 1:17-cv-00376-TLS-SLC document 6 filed 08/03/17 page 4 of 5

RECEIVED 05/16/2017 02:19PM 2604870039 BOLINGER LAW

76D01-1708-CT-000349

Steuben Superior Court

Filed: 8/1/2017 3:54 PM
Clerk
Steuben County, Indiana

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA ☒ EEOC | 846-2017-17377 |

Indiana Civil Rights Commission and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Fawn Hall | (260) 336-9183 | 1963 |

Street Address: 4350 North 900 East, Howe, IN 46746

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| THERMA-TRU DOORS | Unknown | (260) 562-7600 |

Street Address: 8055 N. State Road 9, Howe, IN 46746

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-31-2017   Latest: 01-31-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I worked for the Company from May 2016 until my discharge in January 2017 in the TT Repack section. I was placed on a 30-day probation for using a racial slur at work. I later commented that Jorge would not be in the bathroom as much if he did not eat his mom's tamales. Management told me they consulted their attorney who recommended my termination because I was stereotyping others and was a liability.

One of the people that complained about me was my coworker, Janeen (black). I overheard Janeen made a sexually offensive remark to two men and reported it. Janeen was only suspended a few days, but I was fired for my offensive comments. The company also awarded a TT Component Repack position to a younger, white, female after I trained on it for 5 hours. I was told I did not pass the test, but Krissy never had to take a test to get the position.

I believe I have been denied a position and terminated due to my age, 53, race, white, and sex, female, in violation of the Age Discrimination in Employment Act and Title VII of the Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 5-16-2017   Charging Party Signature: Fawn Hall

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**EXHIBIT A**

EEOC Form 161 (11/16)

**76D01-1708-CT-000349**
Steuben Superior Court

Filed: 8/3/2017 3:54 PM
Clerk
Steuben County, Indiana

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Fawn Hall
4350 North 900 East
Howe, IN 46746

From: Indianapolis District Office
101 West Ohio St
Suite 1900
Indianapolis, IN 46204

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2017-17377 | Michelle D. Ware, Enforcement Supervisor | (317) 226-5161 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay** due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Michelle Eisele,
District Director

JUN 14 2017
(Date Mailed)

cc: Alison Vance
Fortune Brands Home & Security
520 Lake Cook Road
Suite 400
Deerfield, IL 60015

**EXHIBIT B**